**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 73.50.193.249**

**ISP:** Comcast Cable
**Physical Location:** Niles, MI

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/20/2017 04:20:01 | 5F189DE41EF6B75EBB5535B106BB41665D704F68 | Fill Her Up |
| 10/30/2017 14:49:30 | 63FAD17F9FEAA3AFAAAB309FD9B4BDDD51F39B4C | The Tightest Blonde |
| 10/07/2017 21:55:54 | 983C0248235B4AC239F126947EB194068A914603 | Love Burns Again |
| 09/17/2017 21:05:42 | 549AFD99EBA08F9306892BD75E8066FE0AAD3C0F | Piano Concerto |
| 09/10/2017 17:38:59 | CABE273D8FF8D9EBF43B0BF12B8877F965682F8A | I Cook Naked |
| 08/28/2017 23:34:23 | 13478B2ACF78CC2A2F51124F33B5E7FE872338D4 | Born To Be Wild |
| 08/23/2017 02:54:30 | C894BAE8F4BF01A95F7EB4970CAEDC697BA286BF | Welcome To The Jungle |
| 08/10/2017 13:40:54 | 556D5DDE1DDDA2155EF137515E405D7A16DA67AB | Susie Up Close and Personal |
| 08/02/2017 03:46:03 | 1013AD59CD964D5872750551C25A1DAFE10CF33C | Sex For Three By The Sea |
| 07/23/2017 22:51:54 | 8FA1AB42DC1C48CF3855FB7B92C0BA37782BA12F | Emerald Love |
| 07/18/2017 23:08:58 | 063B7CC16F0CF6BF701E6F91B75FA7F57EECA037 | Definitely Not So Shy |
| 06/27/2017 20:15:39 | 59F31AD11926F31D20C5F11F94123015FB65989E | Black Lace and Blonde Hair in My Bed |
| 06/14/2017 02:40:58 | A91D0A2D6848C86EA07F250B7C344C07AAD5DE35 | Love In Prague |
| 06/08/2017 19:51:48 | E0D044E234EB0BF8A0BC720FFF0AFBB47E14A5AA | An Afternoon Inside Kim |
| 02/14/2017 23:50:05 | 7BB12497EEFDD2175DE60DECD59539A31E0E91C4 | Want To Fuck My Wife |
| 02/04/2017 22:20:01 | F97F93E3158A32320D14957D0F81561D4E975F96 | A Rose A Kiss and A Bang |
| 01/08/2017 23:37:13 | 8497FDD6A8A362EB466A1E9559015714080F2D3E | New Year Bang |
| 11/09/2016 22:49:02 | 2225C2761F565DB61EF3B32FF8603B33E3C71E25 | Beauty In Blue |
| 10/25/2016 23:05:21 | 8A95F1685DEEBE1368538120B93702E0108130D7 | Cum For A Ride |

**Total Statutory Claims Against Defendant: 19**

EXHIBIT A

NWMI109